Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| David J. Ulrich | ) | Case No. _____ |
| | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) | |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | ) | |
| Chad F. Wolf<br>Acting Secretary<br>Department of Homeland Security<br>(Transportation Security Administration) | ) | |
| *Defendant(s)*<br>*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | FILED<br>IN CLERKS OFFICE<br>2020 JUN 12 PM 1:16<br>U.S. DISTRICT COURT<br>DISTRICT OF MASS. |

## COMPLAINT FOR A CIVIL CASE

**I. The Parties to This Complaint**

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | David John Ulrich |
| Street Address | 53 Vernon Street |
| City and County | Waltham |
| State and Zip Code | MA, 02453 |
| Telephone Number | 617-480-9620 |
| E-mail Address | david.ulrich.ma@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Chad F. Wolf |
| Job or Title *(if known)* | Acting Secretary, Department of Homeland Security |
| Street Address | 2707 Martin Luther King JR Ave SE MS 0440 |
| City and County | Washington |
| State and Zip Code | D.C. 20528-0440 |
| Telephone Number | 202-282-8000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Michael Ondocin |
| Job or Title *(if known)* | Deputy Director Federal Air Marshal Service |
| Street Address | 601 12th St. S, |
| City and County | Arlington |
| State and Zip Code | VA. 22202 |
| Telephone Number | 866-289-9673 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[ ] Federal question      [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
5 U.S.C. § 2302(b)(8)(A)(ii) and (b)(8)(B)(ii) Gross mismanagement and abuse of power, 18 U.S.C. § 241 and 242 Conspiracy and Conspiracy under color of law. Americans with Disabilities Act, Rehabilitation Act, 29 CFR Part1630, 29 CFR Part 1614, 29 U.S.C. § 791

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    The plaintiff, *(name)* David J. Ulrich, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    The defendant, *(name)* Chad F. Wolf, is a citizen of the State of *(name)* Virginia. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*: $300,000.00 compesatory damages, loss of wages, $1,000.000.00 loss of future retirment earnings. $1,000,000.00 in punitive damages for pain and suffering caused by neglegence of federal Agents acting under the color of Law. $1,000,000.00 loss of potential earnings as a retired counter terrorism expert with 25 years of experience.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Chad Wolf, is the Acting Secretary of the Department of Homeland Security.

2. Michael Ondocin is the Deputy Director of the Federal Air Marshal Service, he is responsible for directing the 18 USC 241 and 242 violations, he directed 3 armed agent to my residence to harrass and intimidate me under the color of Law (MAR,7,2016 Chelsea, MA). Under his leadership, his acting replacement while he was on leave, refused my request for a reasonable accomodation (MAY,2 2016 Chelsea, MA). He was ultimately the approving official in my removal.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$300,000.00, compensatory damages, loss of wages based on an average yearly income of $110,000.00. $1,000,000.00 loss of future retirement earnings based on $33,000.00 which is the average high 3 year earnings at the above annual income. $1,000,000.00 loss of potential earnings as a retired counter terrorism expert with 25 years of experience. $1,000,000.00 in punitive damages for pain and suffering due to the neglegence of Federal Agents acting under the color of Law. Returned to full status and receive a proper retirement under 6C Law Enforcment retirement with retired credentials.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/11/2020

Signature of Plaintiff  *[signature]*  6/11/2020

Printed Name of Plaintiff  David John Ulrich

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address